**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| In re: FARMS, HILLSTERN LP | § § § § | Case No. 6:16-72029 BTB |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    James F. Dowden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,265,598.90 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,279,567.87 | Claims Discharged Without Payment: | $916,530.81 |
| Total Expenses of Administration: | $145,744.24 | | |

    3) Total gross receipts of $2,425,312.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,425,312.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,224,758.78 | $2,224,758.78 | $2,224,758.78 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $145,744.24 | $145,744.24 | $145,744.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $20,758.24 | $1,131.33 | $1,131.33 | $1,131.33 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $573,210.55 | $396,998.02 | $396,998.02 | $53,677.76 |
| **TOTAL DISBURSEMENTS** | $593,968.79 | $2,768,632.37 | $2,768,632.37 | $2,425,312.11 |

4) This case was originally filed under chapter 7 on 08/27/2016.  The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/22/2018         By: /s/ James F. Dowden
                               Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1991 Blue Bird bus converted to Chicken Hauler | 1129-000 | $1,500.00 |
| 125 Technology DR.Aradelphia, AR71923parcel 01 | 1110-000 | $2,340,000.00 |
| Kubota 5100 Tractor | 1229-000 | $2,500.00 |
| Chickenhawk Forklift | 1229-000 | $2,500.00 |
| 1995 Am. Trans. Corp. School Bus | 1229-000 | $1,500.00 |
| Accounts receivable | 1221-000 | $23,477.37 |
| Viking flatbed Trailer with coops on top | 1129-000 | $15,000.00 |
| Incubation Equipment | 1229-000 | $37,000.00 |
| Legal Retainer Refund | 1229-000 | $1,834.74 |
| **TOTAL GROSS RECEIPTS** | | **$2,425,312.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cowling Title Company | 4110-000 | NA | $2,147,075.13 | $2,147,075.13 | $2,147,075.13 |
| | Cowling Title Company | 4800-000 | NA | $1,520.06 | $1,520.06 | $1,520.06 |
| | Cowling Title Company | 4700-000 | NA | $58,841.67 | $58,841.67 | $58,841.67 |
| | Cowling Title Company | 4800-000 | NA | $1,386.76 | $1,386.76 | $1,386.76 |
| | Cowling Title Company | 4700-000 | NA | $15,935.16 | $15,935.16 | $15,935.16 |
| | **TOTAL SECURED** | | **$0.00** | **$2,224,758.78** | **$2,224,758.78** | **$2,224,758.78** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JAMES F. DOWDEN | 2100-000 | NA | $95,867.16 | $95,867.16 | $95,867.16 |
| Trustee, Expenses - JAMES F. DOWDEN | 2200-000 | NA | $185.59 | $185.59 | $185.59 |
| Attorney for Trustee Fees - JAMES F. DOWDEN | 3110-000 | NA | $23,640.00 | $23,640.00 | $23,640.00 |
| Attorney for Trustee, Expenses - JAMES F. DOWDEN | 3120-000 | NA | $1,549.08 | $1,549.08 | $1,549.08 |
| Auctioneer Expenses - BRAD H. WOOLEY, AUCTIONEER | 3620-000 | NA | $1,058.64 | $1,058.64 | $1,058.64 |
| Bond Payments - JAMES F. DOWDEN, P.A. | 2300-000 | NA | $66.07 | $66.07 | $66.07 |
| Costs re Sale of Property - Cowling Title Company | 2500-000 | NA | $9,333.00 | $9,333.00 | $9,333.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,186.48 | $2,186.48 | $2,186.48 |
| Other State or Local Taxes (post-petition) - Cowling Title Company | 2820-000 | NA | $11,108.22 | $11,108.22 | $11,108.22 |
| Accountant for Trustee Fees (Other Firm) - M. JOHN BORCHERT JR. | 3410-000 | NA | $750.00 | $750.00 | $750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$145,744.24** | **$145,744.24** | **$145,744.24** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None ||||||

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | IRS Special Procedures | 5800-000 | $0.00 | $800.00 | $800.00 | $800.00 |
| 4P | Arkansas Department of Finance and Admin. | 5800-000 | $0.00 | $331.33 | $331.33 | $331.33 |
| N/F | Andres Colburn | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Bobby Cox | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Clark County Collector | 5800-000 | $17,148.24 | NA | NA | NA |
| N/F | IRS Special Procedures Centralized Insolvency Operations | 5800-000 | $3,610.00 | NA | NA | NA |
| N/F | Legal Division Department of Finance & Admin. | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Legal Division Department of Workforce Serv | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$20,758.24** | **$1,131.33** | **$1,131.33** | **$1,131.33** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Jackson's Precision Heating and Air | 7100-000 | $0.00 | $2,986.20 | $2,986.20 | $406.82 |
| 2 | Hugg and Hall Equipment | 7100-000 | $0.00 | $939.76 | $939.76 | $128.02 |
| 3U | IRS Special Procedures | 7100-000 | $0.00 | $91.77 | $91.77 | $12.50 |
| 3U-2 | IRS Special Procedures | 7300-000 | $0.00 | $2,925.00 | $2,925.00 | $0.00 |
| 4U | Arkansas Department of Finance and Admin. | 7300-000 | $0.00 | $48.75 | $48.75 | $0.00 |
| 5 | Entergy Arkansas, Inc. | 7100-000 | $0.00 | $61,335.36 | $61,335.36 | $8,355.69 |
| 6 | Cr & R Poultry Service, LLC | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $2,043.44 |
| 7 | Toyota Industries Commercial Finance Inc. | 7100-000 | $0.00 | $20,471.61 | $20,471.61 | $2,788.84 |
| 8 | Toyota Industries Commercial Finance Inc. | 7100-000 | $0.00 | $9,852.66 | $9,852.66 | $1,342.22 |
| 9 | Brown Brothers Produce Co. Inc | 7100-000 | $0.00 | $17,484.34 | $17,484.34 | $2,381.88 |
| 10 | Fastenal Company | 7100-000 | $0.00 | $177.78 | $177.78 | $24.22 |
| 11 | City of Prescott | 7100-000 | $0.00 | $20,803.47 | $20,803.47 | $2,834.05 |
| 12 | Arkansas Development Finanace Authority | 7100-000 | NA | $217,730.62 | $217,730.62 | $29,661.35 |
| 13 | Ar. Department of Workforce Services | 7100-000 | NA | $27,150.70 | $27,150.70 | $3,698.73 |
| N/F | AT&T One AT&T Way | 7100-000 | $933.56 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | AT&T One AT&T Way | 7100-000 | $527.73 | NA | NA | NA |
| N/F | American Express | 7100-000 | $32,670.49 | NA | NA | NA |
| N/F | Aramark | 7100-000 | $1,970.60 | NA | NA | NA |
| N/F | Arkadelphia Water | 7100-000 | $3,250.00 | NA | NA | NA |
| N/F | Arkansas Valley Insurance | 7100-000 | $9,833.00 | NA | NA | NA |
| N/F | Arkansas Welding Supply | 7100-000 | $1,581.00 | NA | NA | NA |
| N/F | Baker Refrigeration Systems, Inc | 7100-000 | $18,483.94 | NA | NA | NA |
| N/F | Big River Rice & Grain | 7100-000 | $54,000.00 | NA | NA | NA |
| N/F | Boyd Prazak Attorney at Law | 7100-000 | $2,367.12 | NA | NA | NA |
| N/F | Brown Brothers Produce Co. Inc | 7100-000 | $17,484.34 | NA | NA | NA |
| N/F | Center Point Energy | 7100-000 | $1,521.00 | NA | NA | NA |
| N/F | CenterPoint Entergy Attn: Bankruptcy | 7100-000 | $269.20 | NA | NA | NA |
| N/F | Chem-Aqua | 7100-000 | $4,441.50 | NA | NA | NA |
| N/F | City Termite & Pest Control | 7100-000 | $545.00 | NA | NA | NA |
| N/F | Clark County Sanitation | 7100-000 | $421.20 | NA | NA | NA |
| N/F | Cr & R Poultry Service, LLC | 7100-000 | $5,600.00 | NA | NA | NA |
| N/F | Danette White | 7100-000 | $7,810.00 | NA | NA | NA |
| N/F | Darrel Welch | 7100-000 | $7,610.00 | NA | NA | NA |
| N/F | Entergy | 7100-000 | $157.54 | NA | NA | NA |
| N/F | Entergy | 7100-000 | $58,329.22 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Falk Supply Co. | 7100-000 | $4,546.69 | NA | NA | NA |
| N/F | Gardner & Gardner Farms | 7100-000 | $4,642.00 | NA | NA | NA |
| N/F | Get Rid of It America | 7100-000 | $132.00 | NA | NA | NA |
| N/F | Hardmand Lumber Co Of Arkadelphia | 7100-000 | $812.17 | NA | NA | NA |
| N/F | Hugg and Hall Equipment | 7100-000 | $987.00 | NA | NA | NA |
| N/F | ISO Nova | 7100-000 | $936.00 | NA | NA | NA |
| N/F | Independent Fire Extinguishers | 7100-000 | $1,555.75 | NA | NA | NA |
| N/F | International Paper | 7100-000 | $5,250.00 | NA | NA | NA |
| N/F | James PArks | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jimmy Reeve Trucking | 7100-000 | $660.16 | NA | NA | NA |
| N/F | Juan Quintana | 7100-000 | $3,200.00 | NA | NA | NA |
| N/F | Lanco Communication | 7100-000 | $1,305.11 | NA | NA | NA |
| N/F | Lantern Distributing | 7100-000 | $556.56 | NA | NA | NA |
| N/F | Lilly Hsu CPA | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Margie Blair | 7100-000 | $1,538.00 | NA | NA | NA |
| N/F | Michael Park | 7100-000 | $5,760.00 | NA | NA | NA |
| N/F | Miller Bowie Supply | 7100-000 | $83,000.00 | NA | NA | NA |
| N/F | No Regret Computer | 7100-000 | $3,600.00 | NA | NA | NA |
| N/F | Peoples Bank | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Potts, McCanless | 7100-000 | $2,459.51 | NA | NA | NA |
| N/F | Prescott Water & Light | 7100-000 | $23,981.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Presto-X | 7100-000 | $1,253.50 | NA | NA | NA |
| N/F | Price Oil Company | 7100-000 | $320.00 | NA | NA | NA |
| N/F | Professional Account Management Collection Services Division | 7100-000 | $42.96 | NA | NA | NA |
| N/F | Rawling Brokerage | 7100-000 | $52,000.00 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $49.93 | NA | NA | NA |
| N/F | SYNCB/Phillips 66 Attn Bankruptcy Dept | 7100-000 | $3,096.00 | NA | NA | NA |
| N/F | Toyota Motor Credit Corp | 7100-000 | $232.00 | NA | NA | NA |
| N/F | Toyota Motor Credit Corp | 7100-000 | $492.49 | NA | NA | NA |
| N/F | Turner, Rodgers, Manning & Plyer | 7100-000 | $975.00 | NA | NA | NA |
| N/F | United Rentals | 7100-000 | $21,656.58 | NA | NA | NA |
| N/F | Willy's Farms | 7100-000 | $5,810.00 | NA | NA | NA |
| N/F | Wright, Lindsey & Jennings | 7100-000 | $2,553.70 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$573,210.55** | **$396,998.02** | **$396,998.02** | **$53,677.76** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 6:16-72029 BTB
Case Name: FARMS, HILLSTERN LP

For Period Ending: 10/22/2018

Trustee Name: (250151) James F. Dowden
Date Filed (f) or Converted (c): 08/27/2016 (f)
§ 341(a) Meeting Date: 10/14/2016
Claims Bar Date: 01/26/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts receivable (u)<br>Orig. Asset Memo: Accounts Receivables for Business. Face Amount 41,000 with 26,000 considered uncollectible. | 41,000.00 | 15,000.00 | | 23,477.37 | FA |
| 2 | 125 Technology DR.Aradelphia, AR71923parcel 01<br>Secured Lien by AEDC Sale per Order 5/31/17 Doc. #61 Sale includes refrigeration equipment, poultry processing equipment, land and improvements. | 1,554,650.00 | 0.00 | | 2,340,000.00 | FA |
| 3 | 2210 DuracreteMagnolia, ARFeed mill on rented | 25,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1110 WEst First StSouthPrescott, ARa buidling<br>Buliding was a hatchery leased from the City of Prescott. Not property of the Bankruptcy Estate. | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 5* | Other liquidated debts owing debtor - NOL's 2015 (See Footnote) | 2,100,000.00 | 2,100,000.00 | | 0.00 | FA |
| 6 | 1991 Blue Bird bus converted to Chicken Hauler<br>Per Order 3/21/17 Doc. #54 | 4,500.00 | 4,500.00 | | 1,500.00 | FA |
| 7 | 2009 International Feed truck & trailer<br>Peoples Bank has lien on truck and Magnolia Feed mill tied to this loan. | 15,000.00 | 0.00 | | 0.00 | FA |
| 8 | Viking flatbed Trailer with coops on top<br>Coops are 44 Chicken Cages Sold with trailer Per Order 3/21/17 Doc. #54 | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 9 | Office equipment, furnishings - 4 desks<br>Peoples Bank Relief from Stay 9/15/16 Doc. #19 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 10 | Office equipment, furnishings - 3 or 4 computers<br>Peoples Bank Relief from Stay 9/15/16 Doc. #19 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 11 | Inventory - Package Supplies 2000<br>Sold as inventory of Arkadelphia Property - all inclusive. Order 5/31/17 Doc. #61 | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 12 | Inventory - Chicken Bags 200,000<br>Sold as inventory of Arkadelphia property. All inclusive. Per Order 5/31/17 Doc. #61. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 13 | Legal Retainer Refund (u)<br>Trust balance refund from Boyd Prazak, LLP - Unused retainer funds. | 1,834.74 | 1,834.74 | | 1,834.74 | FA |
| 14 | 70,000 brown chickens for a Budhist Market<br>Chickens were starving and have been transitioned by State Agri Department. | Unknown | Unknown | | 0.00 | FA |
| 15 | Jienie & Toyota Forklifts (u)<br>Lease with security interests held by Toyota. Relief from Stay granted 12/13/16 Doc. #40. | 30,098.90 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 6:16-72029 BTB  
Case Name: FARMS, HILLSTERN LP  
For Period Ending: 10/22/2018

Trustee Name: (250151) James F. Dowden  
Date Filed (f) or Converted (c): 08/27/2016 (f)  
§ 341(a) Meeting Date: 10/14/2016  
Claims Bar Date: 01/26/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Chickenhawk Forklift (u)<br>Per Order 3/21/17 Doc. #54 | 20,000.00 | 20,000.00 | | 2,500.00 | FA |
| 17 | Incubation Equipment (u)<br>Located at 1110 W. First St. South, Prescott, AR Sold Per Order 3/21/17 Doc. #54 | 40,000.00 | 40,000.00 | | 37,000.00 | FA |
| 18 | Kubota 5100 Tractor (u)<br>Per Order 3/21/17 Doc. #54 | 15,000.00 | 15,000.00 | | 2,500.00 | FA |
| 19 | Possible race descrimination against USDA<br>No value. | Unknown | 0.00 | | 0.00 | FA |
| 20 | NOL 400,000.00 2014<br>Not collectible. | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Hillstern Farms Domain name - expired | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Copyrighted Names<br>Hillstern Farms; Shuntugee; Hianangee | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Southern Bancorp Checking - 3 Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 15.47 Acres in Columbia Co., AR (u)<br>Unscheduled 15.47 acres. Hillstern in breach of contract with Marjie Blair. Relief from Stay granted and Contract for Deed cancelled by Order 2/8/17 Doc. #49 | Unknown | 0.00 | | 0.00 | FA |
| 25 | 1995 Am. Trans. Corp. School Bus (u)<br>Sold Per Order 3/21/17 Doc. #54 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| **25** | **Assets Totals (Excluding unknown values)** | **$3,964,083.64** | **$2,313,334.74** | | **$2,425,312.11** | **$0.00** |

RE PROP# 5    Not collectible.

**Major Activities Affecting Case Closing:**

07/23/18  Trustee Commission to have 5% carve out for unsecured creditors.  
06/28/18  Tax returns rec'd and mailed. No taxes due and no determination needed per CPA.  
03/13/18  Claim examination completed.  
03/13/18  Objection withdrawn. Documents rec'd and filed to POC.  
02/12/18  Obj. to POC No. 6  
01/18/18  Information to CPA for Tax Return.  
06/16/17  Closing on Arkadelphia Property to Bel's Poultry completed. Distributions to ADFA and Trustee per Order Doc. #61.  
03/21/17  Order granting 363 Sale of Personal Property entered. Doc #54 to Pitman Farms.  
01/30/17   Doc #47 Order authorizing Trustee to operate business re: Potential Pitman Lease  
12/28/16  Auctioneer employed. Rounding up equipment for auction.  
08/31/16  Order entered authozing JFD to operate business to take care of "Buddhists" chickens. (Doc #8)

Initial Projected Date Of Final Report (TFR): 08/10/2018    Current Projected Date Of Final Report (TFR): 08/10/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 1

| Case No.: | 6:16-72029 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | FARMS, HILLSTERN LP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1673 | Account #: | ******2566 Checking Account |
| For Period Ending: | 10/22/2018 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/08/16 | {1} | Dallas Superstore, Inc. | AR Inv. 1561 | 1221-000 | 3,528.00 | | 3,528.00 |
| 09/08/16 | {1} | Amigos Foods, LLC | AR | 1221-000 | 10,080.00 | | 13,608.00 |
| 09/13/16 | {1} | New Truong Nguyen | AR Inv. 1562 | 1221-000 | 3,255.00 | | 16,863.00 |
| 09/13/16 | {1} | Viet Hoa International Food | AR Inv. 1560 | 1221-000 | 6,510.00 | | 23,373.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.13 | 23,351.87 |
| 10/17/16 | {13} | Boyd Prazak, LLP | Unused Legal Retainer Refund | 1229-000 | 1,834.74 | | 25,186.61 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.34 | 25,153.27 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.48 | 25,114.79 |
| 12/05/16 | {1} | Tyson Foods, Inc. | Chicken vouchers minus freight deductions for farm. | 1221-000 | 104.37 | | 25,219.16 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.14 | 25,183.02 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.63 | 25,144.39 |
| 02/23/17 | 101 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/23/2017 FOR CASE #6:16-72029, IBG | 2300-000 | | 6.92 | 25,137.47 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 25,103.72 |
| 03/29/17 | 102 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/29/2017 FOR CASE #6:16-72029, International Sureties, LTD | 2300-000 | | 2.91 | 25,100.81 |
| 03/31/17 | | Pitman Family Farms | Buses and Equipment Purchase Per Order 3/21/17 Doc. #54; Report of Sale 4/14/17 Doc. #58 | | 60,000.00 | | 85,100.81 |
| | {18} | | Kubota 5100 Tractor $2,500.00 | 1229-000 | | | 85,100.81 |
| | {16} | | Chickenhawk Forklift $2,500.00 | 1229-000 | | | 85,100.81 |
| | {8} | | Trailer & Cages $15,000.00 | 1129-000 | | | 85,100.81 |
| | {17} | | Incubation Equipment $37,000.00 | 1229-000 | | | 85,100.81 |
| | {6} | | 1991 Blue Bird Bus $1,500.00 | 1129-000 | | | 85,100.81 |
| | {25} | | 1995 Am. Trans. School Bus $1,500.00 | 1229-000 | | | 85,100.81 |
| | | | **Page Subtotals:** | | **$85,312.11** | **$211.30** | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

| | Form 2 | | | Exhibit 9 |
| --- | --- | --- | --- | --- |
| | **Cash Receipts And Disbursements Record** | | | Page: 2 |

| | | | | |
| --- | --- | --- | --- | --- |
| Case No.: | 6:16-72029 BTB | Trustee Name: | James F. Dowden (250151) | |
| Case Name: | FARMS, HILLSTERN LP | Bank Name: | Rabobank, N.A. | |
| Taxpayer ID #: | **-***1673 | Account #: | ******2566 Checking Account | |
| For Period Ending: | 10/22/2018 | Blanket Bond (per case limit): | $0.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 85,063.50 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.56 | 84,957.94 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.41 | 84,823.53 |
| 06/20/17 | | Cowling Title Company | Sell of Arkadelphia Property Per Order 5/31/17 Doc. #61 Report of Sale 6/20/17 Doc. #63 | | 94,800.00 | | 179,623.53 |
| | {2} | | Per Order Doc. #61 $2,340,000.00 | 1110-000 | | | 179,623.53 |
| | | | Closing Costs -$9,183.00 | 2500-000 | | | 179,623.53 |
| | | | State Tax Stamps -$3,861.00 | 2820-000 | | | 179,623.53 |
| | | | Recording - Register of Deeds -$150.00 | 2500-000 | | | 179,623.53 |
| | | | 2013-2015 Delinquent Taxes - Clark County -$58,841.67 | 4700-000 | | | 179,623.53 |
| | | | 2016 Taxes - Clark County -$15,935.16 | 4700-000 | | | 179,623.53 |
| | | | 2015 Business Taxes - Clark County -$1,520.06 | 4800-000 | | | 179,623.53 |
| | | | 2016 Business Taxes - Clark County -$1,386.76 | 4800-000 | | | 179,623.53 |
| | | | Arkansas Development Finance Authority Lien -$2,147,075.13 | 4110-000 | | | 179,623.53 |
| | | | 2017 Pro-Rated County Taxes -$7,247.22 | 2820-000 | | | 179,623.53 |
| 06/22/17 | 103 | JAMES F. DOWDEN, P.A. | Trustee's Commission on sale of 125 Technology Dr. per Order 5/31/17 Doc. #61 | 2100-000 | | 94,800.00 | 84,823.53 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.09 | 84,692.44 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.75 | 84,574.69 |
| 08/09/17 | 104 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/09/2017 FOR CASE #6:16- | 2300-000 | | 26.24 | 84,548.45 |
| | | | **Page Subtotals:** | | **$94,800.00** | **$95,352.36** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 6:16-72029 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | FARMS, HILLSTERN LP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1673 | Account #: | ******2566 Checking Account |
| For Period Ending: | 10/22/2018 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 72029 | | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.80 | 84,414.65 |
| 09/08/17 | 105 | BRAD H. WOOLEY, AUCTIONEER | Auctioneer Expenses per Order 9/8/17 Doc. #66 | 3620-000 | | 1,058.64 | 83,356.01 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.86 | 83,239.15 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.70 | 83,111.45 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.54 | 82,991.91 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.39 | 82,876.52 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.12 | 82,745.40 |
| 02/27/18 | 106 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2018 FOR CASE #6:16-72029 | 2300-000 | | 30.00 | 82,715.40 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.08 | 82,604.32 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.81 | 82,485.51 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.68 | 82,370.83 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 130.33 | 82,240.50 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.34 | 82,126.16 |
| 07/03/18 | 107 | M. JOHN BORCHERT JR. | CPA Fees Per Order 7/2/18 Doc. 76 | 3410-000 | | 750.00 | 81,376.16 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.24 | 81,250.92 |
| 08/01/18 | 108 | JAMES F. DOWDEN | Attorney for Trustee Fees & Expenses Order 8/1/18 Doc. 81 | | | 25,189.08 | 56,061.84 |
| | | | Attorney for Trustee Fees Per Order 8/1/18 Doc. 81 $23,640.00 | 3110-000 | | | 56,061.84 |
| | | | Attorney for Trustee Expenses Per Order 8/1/18 Doc. 81 $1,549.08 | 3120-000 | | | 56,061.84 |
| 09/05/18 | 109 | JAMES F. DOWDEN | Combined trustee compensation & expense dividend payments. | | | 1,252.75 | 54,809.09 |
| | | | Claims Distribution - Thu, 08-09-2018 | 2100-000 | | | 54,809.09 |
| | | | Page Subtotals: | | $0.00 | $29,739.36 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)           ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 6:16-72029 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | FARMS, HILLSTERN LP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1673 | Account #: | ******2566 Checking Account |
| For Period Ending: | 10/22/2018 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposit $ | 7<br>Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $1,067.16 | | | | |
| | | | Claims Distribution - Thu, 08-09-2018 | 2200-000 | | | 54,809.09 |
| | | | $185.59 | | | | |
| 09/05/18 | 110 | IRS Special Procedures | Combined dividend payments for Claim #3P, 3U | | | 812.50 | 53,996.59 |
| | | | Claims Distribution - Thu, 08-09-2018 | 5800-000 | | | 53,996.59 |
| | | | $800.00 | | | | |
| | | | Claims Distribution - Thu, 08-09-2018 | 7100-000 | | | 53,996.59 |
| | | | $12.50 | | | | |
| 09/05/18 | 111 | Arkansas Department of Finance and Admin. | Distribution payment - Dividend paid at 100.00% of $331.33; Claim # 4P; Filed: $331.33 | 5800-000 | | 331.33 | 53,665.26 |
| 09/05/18 | 112 | Jackson's Precision Heating and Air | Distribution payment - Dividend paid at 13.62% of $2,986.20; Claim # 1; Filed: $2,986.20 | 7100-000 | | 406.82 | 53,258.44 |
| 09/05/18 | 113 | Hugg and Hall Equipment | Distribution payment - Dividend paid at 13.62% of $939.76; Claim # 2; Filed: $939.76 | 7100-000 | | 128.02 | 53,130.42 |
| 09/05/18 | 114 | Entergy Arkansas, Inc. | Distribution payment - Dividend paid at 13.62% of $61,335.36; Claim # 5; Filed: $61,335.36 | 7100-000 | | 8,355.69 | 44,774.73 |
| 09/05/18 | 115 | Cr & R Poultry Service, LLC | Distribution payment - Dividend paid at 13.62% of $15,000.00; Claim # 6; Filed: $15,000.00 | 7100-000 | | 2,043.44 | 42,731.29 |
| 09/05/18 | 116 | Toyota Industries Commercial Finance Inc. | Combined dividend payments for Claim #7, 8 | | | 4,131.06 | 38,600.23 |
| | | | Claims Distribution - Thu, 08-09-2018 | 7100-000 | | | 38,600.23 |
| | | | $2,788.84 | | | | |
| | | | Claims Distribution - Thu, 08-09-2018 | 7100-000 | | | 38,600.23 |
| | | | $1,342.22 | | | | |
| 09/05/18 | 117 | Brown Brothers Produce Co. Inc | Distribution payment - Dividend paid at 13.62% of $17,484.34; Claim # 9; Filed: $17,484.34 | 7100-000 | | 2,381.88 | 36,218.35 |
| 09/05/18 | 118 | Fastenal Company | Distribution payment - Dividend paid at 13.62% of $177.78; Claim # 10; Filed: $177.78 | 7100-000 | | 24.22 | 36,194.13 |
| 09/05/18 | 119 | City of Prescott | Distribution payment - Dividend paid at 13.62% of $20,803.47; Claim # 11; Filed: $20,803.47 | 7100-000 | | 2,834.05 | 33,360.08 |
| 09/05/18 | 120 | Arkansas Development Finanace Authority | Distribution payment - Dividend paid at 13.62% of $217,730.62; | 7100-000 | | 29,661.35 | 3,698.73 |

Page Subtotals: $0.00 $51,110.36

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 6:16-72029 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | FARMS, HILLSTERN LP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1673 | Account #: | ******2566 Checking Account |
| For Period Ending: | 10/22/2018 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # 12; Filed: $217,730.62 | | | | |
| 09/05/18 | 121 | Ar. Department of Workforce Services | Distribution payment - Dividend paid at 13.62% of $27,150.70; Claim # 13; Filed: $27,150.70 | 7100-000 | | 3,698.73 | 0.00 |
| | | | **COLUMN TOTALS** | | 180,112.11 | 180,112.11 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 180,112.11 | 180,112.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $180,112.11 | $180,112.11 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)         ! - transaction has not been cleared

**Form 2**  Exhibit 9
Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:16-72029 BTB | **Trustee Name:** | James F. Dowden (250151) |
| **Case Name:** | FARMS, HILLSTERN LP | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1673 | **Account #:** | ******2566 Checking Account |
| **For Period Ending:** | 10/22/2018 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2566 Checking Account | $180,112.11 | $180,112.11 | $0.00 |
| | **$180,112.11** | **$180,112.11** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)